**David A. Napper, Esq., Bar No. 271464**
**Christine E. Coverdale, Esq., Bar No. 195635**
**SEGAL McCAMBRIDGE SINGER & MAHONEY**
A PROFESSIONAL CORPORATION
11900 WEST OLYMPIC BOULEVARD, SUITE 500
LOS ANGELES, CALIFORNIA 90064-0704
TEL: (310) 207-7722 • FAX: (310) 207-6550
dnapper@smsm.com; ccoverdale@smsm.com

Attorneys for Defendant, DOLLAR TREE STORES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN CORNEJO,<br><br>Plaintiff,<br><br>v.<br><br>DOLLAR TREE STORES, INC. a Stock Corporation; DOE MANAGER; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-11957<br><br>DEFENDANT DOLLAR TREE STORES, INC.'S CORPORATE DISCLOSURE STATEMENT |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the Defendant, Dollar Tree Stores, Inc. makes the following Corporate Disclosure Statements, stating as follows:

Identification of Parent Corporation: Dollar Tree, Inc.

Identification of Publicly Held Companies Owning Ten Percent or More of Dollar Tree Stores, Inc.: Dollar Tree Stores, Inc. is a wholly owned subsidiary of

Dollar Tree, Inc., a Virginia corporation with its principal place of business in Chesapeake, Virginia.

DATED: December 18, 2025

**SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD.**

By: *David A. Napper*
**DAVID A. NAPPER
CHRISTINE E. COVERDALE**
Attorneys for Defendant, DOLLAR TREE STORES, INC.

3798.449

2
CORPORATE DISCLOSURE STATEMENT

Dollar Tree, Inc., a Virginia corporation with its principal place of business in Chesapeake, Virginia.

DATED: December 18, 2025              **SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD.**

By: *David A. Napper*
**DAVID A. NAPPER
CHRISTINE E. COVERDALE**
Attorneys for Defendant, DOLLAR TREE STORES, INC.

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is 11900 W. Olympic Boulevard, Suite 500, Los Angeles, CA 90064.

On December 18, 2025, I served the foregoing document(s) described as: DEFENDANT DOLLAR TREE STORES, INC.'S CORPORATE DISCLOSURE STATEMENT on the interested parties in this action, at the addresses listed below, as follows:

Iman Sorat, Esq.
MORGAN & MORGAN CALIFORNIA LLP
18100 Von Karman Avenue, Suite 200
Irvine, CA 92612
Tel: (949) 898-6501; Fax: (949) 898-6755
Iman.sorat@forthepeople.com
Attorneys for LAUREN CORNEJO

☒    Electronic Mail.  By transmitting a copy of the foregoing document(s) via internet/electronic mail from my email address kwindrim@smsm.com to the email address indicated above.

☒    Federal.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 18, 2025, at Los Angeles, California.

          *Keri Windrim*
          KERI WINDRIM